# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN MCKEE,<br><br>       Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No. 1:25-cv-00362-JLT-SAB<br><br>ORDER DISCHARGING JUNE 24, 2025 ORDER TO SHOW CAUSE<br><br>(ECF Nos. 11, 12) |

On June 24, 2025, the Court issued an order requiring Plaintiff to show cause in writing why sanctions should not issue for failure to file an opening brief by the deadline contained in the March 28, 2025 scheduling order. (ECF Nos. 5, 11.) On June 25, 2025, Plaintiff filed a response to the Court's order to show cause stating the failure to file an opening brief was due to counsel's clerical error. (ECF No. 12.) Counsel proffers a new scheduling system has been installed, which will eliminate similar future issues. Plaintiff concurrently filed his opening brief. (ECF No. 13.) The Court finds good cause to discharge the order to show cause.

Accordingly, the June 24, 2025 order to show cause (ECF No. 11) is DISCHARGED.

IT IS SO ORDERED.

Dated:   **June 26, 2025**

                                  STANLEY A. BOONE<br>
                                  United States Magistrate Judge