**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWN MCKEE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:25-cv-00362 JLT SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND AFFIRMING FINAL DECISION OF THE COMMISSIONER OF SOCIAL SECURITY |

Shawn McKee commenced this social security review on March 27, 2025.  (Doc. 1.) Pursuant to Local Rule 302(c)(15), the assigned magistrate judge issued findings and recommendations to affirm the final decision from the Commissioner of Social Security.  (Doc. 18.)  That order informed the parties that they had fourteen days within which to object to the findings and recommendations.  (*Id.*)  On January 28, 2026, Plaintiff filed objections, and on February 6, 2026, the Commissioner filed a response to the objections.  (Docs. 19, 20.)

This Court has conducted a *de novo* review of this case under 28 U.S.C. § 636(b).  The Findings and Recommendations are supported by the record and by proper analysis.  In short, the Court agrees with the magistrate judge that:

- Although the administrative law judge did not catalog Plaintiff's testimony about his symptoms in detail, the ALJ did adequately explain why some portions of that testimony were not credible, including by referring to the medical records and

Plaintiff's day-to-day activities.  (Doc. 18 at 7–17.)

- Plaintiff did not show that the "inaudible" notes in the hearing transcript demonstrated that any more than a few words were dropped, such that the administrative record was so incomplete that the matter should be remanded.  (*Id.* at 17–18.)

- The Ninth Circuit and other courts have urged the Social Security Administration to use a more modern resource than the Dictionary of Occupational Titles (DOT), and it is impossible to ignore that many jobs are completed differently today than they were when the DOT was originally created, but Plaintiff has not demonstrated that the ALJ's decision must be vacated for these reasons.  (*Id.* at 18–20.)

Accordingly, the Court ORDERS:

1. The findings and recommendations (Doc. 18) filed January 14, 2026, is **ADOPTED** in full.

2. The final decision of the Commissioner of Social Security is **AFFIRMED**.

3. The Court **DIRECTS** the Clerk of the Court to enter judgement in favor Defendant Commissioner of Social Security and against Plaintiff Shawn McKee.  The Court **FURTHER DIRECTS** the Clerk of the Court to **CLOSE** this action.

IT IS SO ORDERED.

Dated:   **February 20, 2026**

_____
UNITED STATES DISTRICT JUDGE

2